**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ROBERTO JOSE VANEGAS RUIZ,
Petitioner,
v.
JAMES JANECKA, *et al.*,
Respondents.

Case No. 5:26-cv-04177-SRM-DMK

**ORDER GRANTING UNOPPOSED PETITION FOR WRIT OF HABEAS CORPUS, 28 U.S.C. § 2241; ORDER FOR IMMEDIATE RELEASE**

**(A# 246-332-648)**

Petitioner Roberto Jose Vanegas Ruiz is a citizen of Nicaragua who entered the United States on or about December 6, 2022. ECF 1 at ¶ 39. After presenting himself to immigration authorities upon entry, he was released on humanitarian parole. *Id.* at ¶ 40. Since his release, Petitioner has abided by all reporting obligations, maintained gainful employment, and has no criminal history. *Id.* at ¶¶ 42-43.

On June 4, 2026, Petitioner was detained by Immigration and Customs Enforcement during a scheduled check-in. *Id*. at ¶ 44. He was not given any notice of the basis for revocation of his release and was not given any opportunity to contest his re-detention. *Id.* ICE confiscated his employment authorization document, passport, and California Real ID. *Id.*

In a counseled habeas petition, Petitioner alleges that his detention violates his right to due process under the Fifth Amendment, the Administrative Procedure Act, and 8 U.S.C. § 1226(a). *See generally* ECF 1. He requests immediate release, injunctive relief enjoining Respondents from unlawfully detaining him again, the return of his property, and an award of reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act. *Id.*

In their answer to the petition, Respondents do not deny Petitioner's allegations, and affirmatively state that they "are not presenting an opposition argument at this time," and that "no more filings or proceedings will be necessary in this matter." ECF 7 at 2. Therefore, the petition is unopposed.

Thus, the petition under 28 U.S.C. § 2241 is **GRANTED**.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondents, their officers, agents, servants, employees, and attorneys, and other persons who are in active concert or participation with Respondents are **ORDERED TO IMMEDIATELY RELEASE** Petitioner **Roberto Jose Vanegas Ruiz (A# 246-332-648)** from immigration custody. Respondents must file a declaration by August 9, 2026, confirming Petitioner has been released from immigration custody. Respondents are further **ORDERED** to place Petitioner on the same conditions of parole or supervised release that existed before his re-detention, if any existed before the re-detention, and shall not impose any release restrictions on Petitioner, such as electronic monitoring, unless deemed necessary at a future pre-deprivation hearing;
2. Respondents, their officers, agents, servants, employees, and attorneys, and other persons who are in active concert or participation with Respondents are temporarily ENJOINED from

re-detaining Petitioner without notice of the reasons for why they intend to re-detain him and without a pre-deprivation hearing before a neutral decisionmaker, unless special circumstances exist that justify immediate re-detention and a post-deprivation hearing;

3. Respondents shall return to Petitioner, at the time of his release, all confiscated documents and possessions.

The Court will consider an application requesting costs and reasonable attorney's fees under the EAJA that is filed within 30 days of final judgment in this action. *See* 28 U.S.C. § 2412(d)(1)(B).

IT IS SO ORDERED.

DATED: August 6, 2026

HONORABLE SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE