**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERTO JOSE VANEGAS RUIZ, Petitioner, v. JAMES JANECKA, *et al.*, Respondents. | Case No. 5:26-cv-04177-SRM-DMK **JUDGMENT** **(A# 246-332-648)** |

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, is GRANTED.

DATED: August 6, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE